AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Skatteforvaltningen<br><br>*Plaintiff(s)*<br>v.<br>Luke McGee, 470 South Ocean Boulevard Trust and Jonathan E. Gopman, in his capacity as trustee for the 470 South Ocean Boulevard Trust, and John Does 1 through 100<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-80837-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Luke McGee
470 S. Ocean Boulevard
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kobre & Kim LLP
Michael Fasano
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 10, 2024

*CLERK OF COURT*



Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Skatteforvaltningen<br><br>*Plaintiff(s)*<br>v.<br>Luke McGee, 470 South Ocean Boulevard Trust and Jonathan E. Gopman, in his capacity as trustee for the 470 South Ocean Boulevard Trust, and John Does 1 through 100<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-80837-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  470 South Ocean Boulevard Trust
5811 Pelican Bay Blvd
Suite 204
Naples, FL 34108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kobre & Kim LLP
Michael Fasano
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jul 10, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Skatteforvaltningen<br><br>*Plaintiff(s)*<br>v.<br>Luke McGee, 470 South Ocean Boulevard Trust and Jonathan E. Gopman, in his capacity as trustee for the 470 South Ocean Boulevard Trust, and John Does 1 through 100<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-80837-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jonathan E. Gopman, in his capacity as trustee for the 470 South Ocean Boulevard Trust
5811 Pelican Bay Blvd
Suite 204
Naples, FL 34108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kobre & Kim LLP
Michael Fasano
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jul 10, 2024



Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS